UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY CORDELL CRENSHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-247-J |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiff, a state prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. Judge Green submitted a Report and Recommendation recommending that Plaintiff's Application for Leave to Proceed in Forma Pauperis be denied and that this case be dismissed without prejudice unless Plaintiff pays the full filing fee within twenty-one days of any order adopting the Report and Recommendation. [Doc. No. 8]. Plaintiff was advised of his right to object to the Report and Recommendation by May 19, 2023. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 8] and DENIES Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 2]. Plaintiff is

required to pay the $402 filing fee in full by June 22, 2023.  If Plaintiff fails to pay the full filing fee by June 22, 2023, this case will be dismissed without prejudice.

IT IS SO ORDERED this 1st day of June, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE