UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY CORDELL CRENSHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-23-247-J |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiff, a state prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. Judge Green has submitted a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted in part, service be quashed upon all Defendants for insufficient service of process, and Plaintiff be ordered to effectuate proper service on Defendants within an appropriate time. [Doc. No. 24]. Plaintiff was advised of his right to object to the Report and Recommendation by July 11, 2024. Plaintiff has filed a response to the Report and Recommendation, noting that he agrees with the recommendation.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 24], GRANTS Defendants Oklahoma Pardon and Parole Board and Attorney General Gentner Drummond's Motion to Dismiss [Doc. No. 22], QUASHES the original service, and ORDERS Plaintiff to effectuate proper service on all Defendants within forty-five (45) days of the date of this Order or risk dismissal of his Complaint.

IT IS SO ORDERED this 18th day of July, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE