UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY CORDELL CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-247-J |
| ) | |
| KEVIN STITT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. Judge Green has submitted a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted, service be quashed upon all Defendants for insufficient service of process, Plaintiff's claims against all Defendants be dismissed without prejudice, and the relief requested by Plaintiff in Docket No. 31 be denied. [Doc. No. 32]. Plaintiff was advised of his right to object to the Report and Recommendation by January 9, 2025. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 32], GRANTS Defendants Oklahoma Pardon and Parole Board and Oklahoma Attorney General Drummond's Motion to Dismiss [Doc. No. 29], QUASHES service upon all Defendants for

insufficient service of process, DENIES Plaintiff's Motion to Amend and Add Parties [Doc. No. 31], and DISMISSES Plaintiff's claims against all Defendants without prejudice.[1]

IT IS SO ORDERED this 24th day of January, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] In light of the dismissal of Plaintiff's claims without prejudice, Plaintiff's Motion to Join Lawsuit Titled Dwain Edward Thomas v. Kevin Stitt et al. [Doc. No. 34] and Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 37] are denied as moot.